IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

LYNDA WHITE, )
        Plaintiff )
        v. ) No. 4:04-cv-93
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION, )
        Defendant )
)

## O R D E R

No objection being filed, and this court being in agreement with the United States magistrate judge, his report and recommendation dated September 14, 2005 [Court File #16] is hereby ACCEPTED IN WHOLE. Upon a *de novo* review of the record and the magistrate judge's report and recommendation, the court finds that the administrative law judge's findings are supported by substantial evidence in the record and should be affirmed.

Accordingly, plaintiff's motion for judgment on the pleadings [Court File #11] is DENIED; defendant's motion for summary judgment [Court File #13] is GRANTED; and the final decision of the Secretary is hereby AFFIRMED.

**E N T E R :**

_s/  James H. Jarvis_
UNITED STATES DISTRICT JUDGE